```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOSEPH ZAPPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>MYOVANT SCIENCES LTD., MYOVANT SCIENCES, INC., SUMIMOTO PHARMA AMERICA, INC., TERRIE CURRAN, MARK GUINAN, DAVID MAREK, NANCY VALENTE, AND MATTHEW LANG,<br><br>　　　　Defendants. | 23-cv-8097 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　This is a putative class action filed by plaintiff Joseph Zappia against defendants Myovant Sciences Ltd. ("Myovant"), Myovant Sciences, Inc., Sumimoto Pharma America, Inc., as well as Terrie Curran, Mark Guinan, David Marek, Nancy Valente, and Matthew Lang, individuals who served as directors or officers of Myovant. The parties agree that this action is governed by the Private Securities Litigation Reform Act. On consent of all parties, the Court hereby appoints Joseph Zappia as Lead Plaintiff and appoints Zappia's counsel at Wohl & Fruchter LLP and Weiss Law LLP as Lead Counsel.

　　SO ORDERED.

- 1 -

New York, NY  
October 10, 2023

_____  
JED S. RAKOFF, U.S.D.J.