**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOSEPH ZAPPIA, Individually and on behalf of all
Others similarly situated,

                           Plaintiff,

        -against-                                            23 **CIVIL** 8097 (JSR)

                                                                **JUDGMENT**

MYOVANT SCIENCES LTD., MYOVANT
SCIENCES, INC., SUMITOMO PHARMA AMERICA,
INC., TERRIE CURRAN, MARK GUINAN, DAVID
MAREK, NANCY VALENTE, AND MATTHEW
LANG,

                          Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2023, because the Amended Complaint fails to plausibly allege a violation of Rule 14a-9, the Court has granted defendants' motion to dismiss. At oral argument, plaintiffs' counsel, confronted with all the arguments considered here, could not identify a single additional fact that any Second Amended Complaint would allege beyond what has already been pleaded. The dismissal is with prejudice. Final judgment is hereby entered; accordingly, the case is closed.

**Dated:** New York, New York

      December 29, 2023

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                                **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                                 _____
                                                                **Deputy Clerk**